# PRIORITY SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 12-01550 VAP (SPx)                              Date:  November 8, 2012

Title:     MALIBU MEDIA, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY -
           v- DAVID HICKS, AN INDIVIDUAL
===============================================================
PRESENT:      HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

    Marva Dillard                                        None Present
    Courtroom Deputy                                     Court Reporter

ATTORNEYS PRESENT FOR                          ATTORNEYS PRESENT FOR
PLAINTIFFS:                                    DEFENDANTS:

    None                                                 None

PROCEEDINGS:       ORDER TO SHOW CAUSE RE: FILING OF REQUIRED
                   FORMS (IN CHAMBERS)

    On September 11, 2012, Plaintiff was notified to file the required Report on the Filing or Determination of an Action Regarding a Patent or Trademark (form AO-120) and/or Report on the Filing or Determination of an Action or Appeal Regarding a Copyright (form AO-121), by September 21, 2012.  Plaintiff has not yet submitted either AO-120 or AO-121.

    Accordingly, Plaintiff is ordered to show cause in writing, no later than November 19, 2012, as to why the action should not be dismissed for failure to prosecute.

**EDCV 12-01550 VAP (SPx)**
**MALIBU MEDIA, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY v. DAVID HICKS, AN INDIVIDUAL**
**MINUTE ORDER of November 8, 2012**

Submission of the required AO-120 and/or AO-121 form will satisfy this order. Failure to respond timely will be deemed consent to the dismissal of this action.

**IT IS SO ORDERED.**