Leemore Kushner (SBN 221969)
KUSHNER LAW GROUP
801 North Citrus Avenue
Los Angeles, California 90038
Telephone:  (323) 515-7894
Facsimile:  (323) 544-8170
Email: lkushner@kushnerlawgroup.com

Attorneys for Plaintiff Malibu Media, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID HICKS,<br><br>    Defendants. | Case No. EDCV12-1550 VAP (SPx)<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT DAVID HICKS** |

PLEASE TAKE NOTICE that, pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff is hereby voluntarily dismissing Defendant David Hicks. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

DATED: November 19, 2012                    KUSHNER LAW GROUP

By:   /s/ Leemore L. Kushner
Leemore L. Kushner
Attorneys for Plaintiff Malibu Media, LLC

1
**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that on November 19, 2012 I electronically filed the foregoing
3  document with the Clerk of the Court using CM/ECF and that service was perfected
4  on all counsel of record and interested parties through this system.

5

6                                    By:    */s/ Leemore L. Kushner*
                                            Leemore L. Kushner
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**