O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID HICKS, AN INDIVIDUAL,<br><br>　　　　Defendants. | Case No. EDCV 12-01550 VAP (SPx)<br><br>**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE** |

　　Plaintiff Malibu Media, LLC filed a Complaint against Defendant David Hicks on September 11, 2012 (Doc. No. 1). On that same day, Plaintiff was notified to file the required Report on the Filing or Determination of an Action Regarding a Patent or Trademark (form AO-120) and/or Report on the Filing or Determination of an Action or Appeal Regarding a Copyright (form AO-121), by September 21, 2012.  Plaintiff had not, and still has not, submitted either AO-120 or AO-121.

On November 8, 2012, the Court issued an order to show cause in writing, no later than November 19, 2012, as to why the action should not be dismissed for failure to prosecute.

Plaintiff did not file a response to the Court's order. Instead, on November 19, 2012, Plaintiff filed a notice voluntarily dismissing Defendant David Hicks, pursuant to FRCP 41 (Doc. No. 10). A Plaintiff "may dismiss an action without a court order by filing [] a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A). Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Accordingly, the Court DISMISSES without prejudice the Complaint.

Dated: <u>November 20, 201</u>      _____
                                          VIRGINIA A. PHILLIPS
                                          United States District Judge